## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, *et al.*, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:    20-3331 (RC) |
| | : | |
| v. | : | Re Document No.:    7 |
| | : | |
| DONALD J. TRUMP, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING DEFENDANT'S MOTION TO DISMISS

Plaintiff Xiu Jian Sun, proceeding *pro se*, purported to bring this case against former President Donald Trump under "god's law."  Compl. at 1, ECF No. 1.[1]  Defendant moved to dismiss the complaint on May 20, 2021.  Def.'s Mot. Dismiss, ECF No. 7.  The next day, the Court issued a *Fox/Neal* order explaining that Plaintiff was required to respond to the motion to dismiss by June 21, 2021.  *Fox/Neal* Order at 2, ECF No. 8.  The Court warned that it could treat the motion to dismiss as conceded if the deadline passed without Plaintiff filing a response.  *Id.* at 1; *see also Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988) (per curiam) (explaining that a district court must inform a *pro se* party that "failure to respond . . . may result in the district court granting the motion and dismissing the case").  To date, Plaintiff has not responded to Defendant's motion or requested additional time to respond.

---

[1] As Defendant points out, Plaintiff claims to bring this suit on behalf of the Church of Jesus Christ of Latter-day Saints, but there is no indication that the Church authorizes his actions. *See* Mem. P. & A. Supp. Def.'s Mot. Dismiss Pl.'s Compl. at 1 n.1, ECF No. 7-1.

Under Local Civil Rule 7(b), if any party fails to file a response to a motion within the prescribed time, "the Court may treat the motion as conceded."  Although the D.C. Circuit has expressed concern with the interaction of Local Civil Rule 7(b) and Federal Rule of Civil Procedure 12(b)(6), standing circuit precedent permits district courts to follow the local rule and grant motions to dismiss as conceded.  *See Cohen v. Bd. of Trustees of the Univ. of D.C.*, 819 F.3d 476, 480–83 (D.C. Cir. 2016).  Indeed, the Circuit "ha[s] yet to deem a 'straightforward application of Local Rule 7(b)' an abuse of discretion."  *Id.* at 480 (quoting *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004)); *see also Jordan v. Ormond*, No. 15-7151, 2016 WL 4098823, at *1 (D.C. Cir. July 22, 2016) (unpublished per curiam opinion) (holding that a district court "did not abuse its discretion" when it granted a motion to dismiss as conceded pursuant to Local Civil Rule 7(b)).  Because Plaintiff has completely failed to respond to Defendant's motion to dismiss, this case involves the straightforward application of Local Civil Rule 7(b).  *See Texas v. United States*, 798 F.3d 1108, 1114 (D.C. Cir. 2015) ("As we have often observed, where the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule." (cleaned up) (quoting *Fox*, 389 F.3d at 1295)).

Accordingly, it is hereby **ORDERED** that Defendant's motion to dismiss (ECF No. 7) is **GRANTED AS CONCEDED**.  It is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: June 30, 2021                                                RUDOLPH CONTRERAS
                                                                          United States District Judge