# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, SERVANT:
XIU JIAN SUN, THE SPIRITUAL ADAM.
        Plaintiffs,

v.

DONALD JOHN TRUMP – CAIN
        Defendant.

Civil Action No.
1:20-cv-03331-RC

## NOTICE OF APPEAL

Notice is hereby given that Xiu Jian Sun, the spiritual Adam (plaintiffs) in the above named case, * hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, (from the final judgment) (from the order (describing it)) entered in this action on the 30 day of June, 2021.

Dated: August 02, 2021
      Queens, New York

        The Church of Jesus Christ of Latter-day saints

        Servant: *Xiu Jian Sun, the Spiritual Adam*

        Xiu Jian Sun, the spiritual Adam
        54-25 153rd St.,
        Flushing, NY 11355
        646-675-0308
        Plaintiffs



RECEIVED
Mail Room
AUG - 5 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT OF MAILING

I hereby certify under penalty of perjury that on this 02 day of June, 2021, I caused to be placed in the United States mail (first-class postage paid), copies of a "**Notice of Appeal**" address as follows:

To: Kenneth A. Adebonojo
U.S. Attorney's Office for the District of Columbia
United States Attorney Civil Process Clerk
555 Fourth Street, NW
Washington, DC 20530

U. S. Attorney General
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: August 02, 2021